Charles E. Elder (CA Bar No. 186524)
   celder@bradley.com
**Bradley Arant Boult Cummings LLP**
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
Tel:  (615) 244-2582
Fax:  (615) 252-6380

Aaron Goodman
   agoodman@bakermckenzie.com
**Baker & McKenzie, LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, Calfiornia 90067
Tel:  (310) 201-4709
Fax"  (310) 201-4721

*Attorneys for Nominal Defendant MOMENTUS, INC.*

[Additional Counsel Listed on Signature Pages]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN RIVLIN, derivatively on behalf of MOMENTUS INC. (f/k/a STABLE ROAD ACQUISITION CORP.), <br><br> Plaintiff, <br><br> v. <br><br> BRIAN KABOT, et al., <br><br> Defendants, <br><br> and <br><br> MOMENTUS INC. (f/k/a STABLE ROAD ACQUISITION CORP.), <br><br> Nominal Defendant. | Case No. 2:23-cv-03120-AB-JC <br><br> **STATUS REPORT REGARDING SETTLEMENT** <br><br> Hon. André Birotte Jr. |

Plaintiff Justin Rivlin ("Plaintiff") and Nominal Defendant Momentus Inc. ("Momentus"), by and through their undersigned counsel, hereby submit the following status report regarding settlement negotiations, pursuant to this Court's order dated March 21, 2023 (ECF Doc. 51):

The parties to this action have executed a Stipulation of Settlement and related settlement documents. The settlement would, upon court approval, resolve all the claims against all the defendants this action and in two other shareholder derivative actions pending in other jurisdictions. Plaintiff, along with the plaintiffs in the other two derivative actions, have filed a motion for preliminary settlement approval in the United States District Court for the Northern District of California, as the first-filed shareholder derivative action, entitled *Hanna v. Kabot, et al.*, Case No. 5:23-cv-00374 (N.D. Cal.) (the "*Hanna* Action"), is pending in that court. That motion was filed on August 26, 2024. (*See Hanna* Action, ECF No. 34, and attachments filed therewith.) The hearing on the motion for preliminary settlement approval is scheduled for October 3, 2024. As part of that motion, the parties are requesting that the court in the *Hanna* Action enter an order (i) providing appropriate notice to Momentus stockholders and an opportunity to object, and (ii) setting a subsequent hearing to consider whether to grant final approval to the settlement. If and when the court in the *Hanna* Action enters a final judgment approving the settlement, the Parties will file copies of the judgment with this Court and request dismissal of this action pursuant to the settlement. In the meantime, the parties respectfully suggest that this case should be stayed pending the settlement approval proceedings in the *Hanna* Action.

Dated: September 4, 2024

**Bradley Arant Boult Cummings LLP**

**Baker & McKenzie, LLP**

/s/ Charles E. Elder
By: Charles E. Elder

*Counsel for Nominal Defendant Momentus Inc. and Defendants John C. Rood, Chris Hadfield, Mitchel B. Kugler, Kimberly A. Reed, and Linda J. Reiners*

**The Rosen Law Firm, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

**The Brown Law Firm, P.C.**
Timothy Brown
Saadia Hashmi (*pro hac vice*)
767 Third Avenue, Suite 201
New York, NY 10017
Tel: (516) 922-5427
Fax: (516) 344-6204
Email: tbrown@thebrownlawfirm.net
          shashmi@thebrownlawfirm.net

*/s/ Saadia Hashmi*
By:  Saadia Hashmi
*Counsel for Plaintiff Justin Rivlin*

## **SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-4.3.4, I hereby attest that the other signatories have concurred in this filing.

Dated: September 4, 2024            By: */s/ Charles E. Elder*
                                         Charles E. Elder

# PROOF OF SERVICE

I am over 18 years of age and not a party to this action. My business address is 1221 Broadway, Suite 2400, Nashville, Tennessee 37203. My electronic service address is celder@bradley.com.

On September 4, 2024, I served true copies of the foregoing document by the following means:

| | |
|---|---|
| __x__ | **By electronic transmission.** Based on court e-filing rules, a court order, or an agreement of the parties to accept electronic service, I:<br><br>___ electronically served the documents on the person[s] at the electronic service address[es] below.<br><br>_x_ caused the documents to be sent to the person[s] at the electronic service address[es] set forth below via upload to ECF. |

**The Rosen Law Firm, P.A.**
Laurence M. Rosen
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com
*Counsel for Plaintiff*

**The Brown Law Firm, P.C.**
Timothy Brown
Saadia Hashmi
767 Third Avenue, Suite 201
New York, NY 10017
Tel: (516) 922-5427
Fax: (516) 344-6204
Email: tbrown@thebrownlawfirm.net
         shashmi@thebrownlawfirm.net
*Counsel for Plaintiff*

**Kirkland & Ellis LLP**
Mark Holscher
Austin Norris
Stefan Atkinson
555 South Flower Street, Ste. 3700
Los Angeles, CA 900071
Telephone: (213) 680-8190
Email: mholscher@kirkland.com
Email: austin.norris@kirkland.com
Email: stefan.atkinson@kirkland.com

*Counsel for Defendants Brian Kabot, Juan Manuel Quiroga, Edward K. Freedman, James Norris, Marc Lehmann, James Hofmockel, Ann Kono, and SRC-NI Holdings, LLC*

**Winston & Strawn LLP**
Jeffrey L. Steinfeld
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Email: jlsteinfeld@winston.com

*Counsel for Defendant Dawn Harms*

**Stoner Carlson LLP**
William E. Stoner
301 E. Colorado Boulevard, Suite 320
Pasadena, California 91101
Tel:   (213) 687-2640
Email: wstoner@stonercarlson.com

*Counsel for Defendant Fred Kennedy*

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed in Nashville, Tennessee on September 4, 2024.

                                            */s/ Charles E. Elder*
                                            Charles E. Elder