**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN RIVLIN, derivatively on behalf of MOMENTUS INC. (f/k/a STABLE ROAD ACQUISITION CORP.),<br><br>Plaintiff,<br><br>v.<br><br>BRIAN KABOT, JUAN MANUEL QUIROGA, EDWARD K. FREEDMAN, JAMES NORRIS, MARC LEHMANN, JAMES HOFMOCKEL, ANN KONO, MIKHAIL KOKORICH, DAWN HARMS, FRED KENNEDY, JOHN C. ROOD, CHRIS HADFIELD, MITCHELL R. KUGLER, KIMBERLEY A. REED, LINDA J. REINERS, and SRC-NI HOLDINGS, LLC,<br><br>Defendants,<br><br>and<br><br>MOMENTUS, INC. (f/k/a STABLE ROAD ACQUISITION CORP.),<br><br>Nominal Defendant. | Case No. 2:23-cv-03120-AB-JC<br><br>[~~PROPOSED~~] ORDER ON STIPULATION OF DISMISSAL<br><br>Hon. André Birotte Jr. |

Having considered the parties' Stipulation and [Proposed] Order of Dismissal filed on January 15, 2025, the Court for good cause ORDERS as follows:

1. Pursuant to the Stipulation and Federal Rules of Civil Procedure 41(a)(1)(ii) and 23.1(c), the above-captioned matter shall be dismissed with prejudice; and

2. Except as otherwise provided in the Stipulation, each party shall bear his, her, or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: January 16, 2025

_____
The Honorable André Birotte Jr.
United States District Judge